IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCraven, Brenda G

Printed: 8/5/08

Case Number: 08 B 00490
Judge: Wedoff, Eugene R
Filed: 1/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 19, 2008
Confirmed: April 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,550.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,384.25 |
| Trustee Fee: |  | 165.75 |
| Other Funds: |  | 0.00 |
| Totals: | 2,550.00 | 2,550.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,497.00 | 2,384.25 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 9,434.04 | 0.00 |
| 4. | Country Homes Of Creekside | Secured | 1,420.80 | 0.00 |
| 5. | Country Homes Of Creekside | Secured | 300.01 | 0.00 |
| 6. | Internal Revenue Service | Priority | 6,912.02 | 0.00 |
| 7. | State Farm Insurance Co | Unsecured | 3,261.00 | 0.00 |
| 8. | Capital One | Unsecured | 1,662.02 | 0.00 |
| 9. | Capital One | Unsecured | 1,545.64 | 0.00 |
| 10. | Nicor Gas | Unsecured | 218.17 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 8.31 | 0.00 |
| 12. | I C Systems Inc | Unsecured | 358.29 | 0.00 |
| 13. | American General Finance | Unsecured | 2,834.74 | 0.00 |
| 14. | Fast Cash Advance | Unsecured | 957.26 | 0.00 |
| 15. | Capital One | Unsecured | 1,102.38 | 0.00 |
| 16. | BCA Financial Services | Unsecured |  | No Claim Filed |
| 17. | Boulevard Medical Clinic SC | Unsecured |  | No Claim Filed |
| 18. | Lou Harris | Unsecured |  | No Claim Filed |
| 19. | Cansler Health Associates S C | Unsecured |  | No Claim Filed |
| 20. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 21. | Dermatology Associates | Unsecured |  | No Claim Filed |
| 22. | Credit Management Control | Unsecured |  | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 24. | First Cash Advance | Unsecured |  | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCraven, Brenda G | | Case Number: 08 B 00490 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | | Filed: 1/10/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Mark T Hickey & Associates | Unsecured | | No Claim Filed |
| 27. | National Quick Cash | Unsecured | | No Claim Filed |
| 28. | Mechants & Professional Credit Bureau | Unsecured | | No Claim Filed |
| 29. | St James Hospital | Unsecured | | No Claim Filed |
| 30. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 32. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 33. | Southwest Women | Unsecured | | No Claim Filed |
| 34. | Aspen/Fb&T | Unsecured | | No Claim Filed |
| 35. | St James Hospital | Unsecured | | No Claim Filed |
| 36. | Ntl Recovery | Unsecured | | No Claim Filed |
| 37. | St James Hospital | Unsecured | | No Claim Filed |
| 38. | Dr Getty | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,511.68 | $ 2,384.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 165.75 |
| | _____ |
| | $ 165.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____